O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RONNIE BRUNER,                          )        CASE NO. CV 08-02636 RSWL (RZ)
                                        )
                Plaintiff,              )
                                        )        ORDER ACCEPTING AND
        vs.                             )        ADOPTING FIRST INTERIM
                                        )        REPORT AND RECOMMENDATION
VENTURA COUNTY SHERIFF'S                )        OF UNITED STATES MAGISTRATE
DEPARTMENT, ET AL.,                     )        JUDGE
                                        )
                Defendants.             )
_____)

        The Court has reviewed the file in this matter, and has read and reviewed the

First Interim Report and Recommendation of United States Magistrate Judge.  Neither

party has filed objections.  The Court accepts the Report and adopts its findings and

recommendations.


DATED: October 23, 2008


                                RONALD S.W. LEW
                                _____
                                HONORABLE  RONALD S.W. LEW
                                SENIOR U.S. DISTRICT COURT JUDGE