**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE BRUNER, <br><br> Plaintiff, <br><br> vs. <br><br> VENTURA COUNTY SHERIFF'S DEPT., ET AL., <br><br> Defendants. | CASE NO. CV 08-02636 RSWL(RZ) <br><br> ORDER ACCEPTING AND ADOPTING SECOND AND FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

The Court has reviewed the file in this matter, and has read and reviewed the Second and Final Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: 2/6/09

RONALD S.W. LEW
_____
HONORABLE RONALD S.W. LEW
SENIOR, U.S. DISTRICT COURT JUDGE