**JS-6**  O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONNIE BRUNER, | ) | CASE NO. CV 08-02636 RSWL(RZ) |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| VENTURA COUNTY SHERIFF'S DEPT., ET AL., | ) ) ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Accepting and Adopting the Second and Final Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed for failure to prosecute.

DATED: 2/6/09

RONALD S.W. LEW
_____
HONORABLE  RONALD S.W. LEW
SENIOR, U.S. DISTRICT COURT JUDGE